# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
JOSE E. AMSTUTZ

**DEFENDANTS**
HARRIS COUNTY, NICKOLETTE AMSTUTZ, AND THIN BLUE LINE FOUNDATION LFMC

**(b)** County of Residence of First Listed Plaintiff    HARRIS
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    HARRIS
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
WATTS & COMPANY LAWYERS, LLC,P.O. BOX 2214, MISSOURI CITY, TX 77459, 281-431-1500

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1  U.S. Government Plaintiff
- [x] 3  Federal Question *(U.S. Government Not a Party)*
- [ ] 2  U.S. Government Defendant
- [ ] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [x] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [x] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

### CONTRACT
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

### TORTS
**PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

### FORFEITURE/PENALTY
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

### LABOR
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

### BANKRUPTCY
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

### INTELLECTUAL PROPERTY RIGHTS
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

### SOCIAL SECURITY
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

### FEDERAL TAX SUITS
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

### REAL PROPERTY
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

### CIVIL RIGHTS
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [x] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

### PRISONER PETITIONS
**Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty
**Other:**
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

### IMMIGRATION
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 1331
Brief description of cause:
DISCRIMINATION AND RETALIATION

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
**JURY DEMAND:**  [x] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____    DOCKET NUMBER _____

DATE

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS,
HOUSTON DIVISION

| | | |
|---|---|---|
| Jose E. Amstutz, Plaintiff, | § § § | |
| v. | § § | Civil Action No. _____ |
| Harris County, Nickolette Amstutz, and Thin Blue Line Foundation LEMC, Defendants. | § § § § § | |

## PLAINTIFF'S ORIGINAL COMPLAINT

### A. Parties

Plaintiff, Jose E. Amstutz (Amstutz), is an individual that is a citizen of the State of Texas.

Defendant, Harris County, a governmental organization of a state may be served by electronic service to the county attorney at CJOservice@cjo.hctx.net.

Defendant, Nickolette Amstutz, an individual and a citizen of the State of Texas, may be served with process at 46 Bryce Branch Circle Woodlands, Texas 77382.

Defendant, Thin Blue Line Foundation Law Enforcement Motorcycle Club (TBLF), is a corporation that is incorporated under the laws of the State of Texas.

Defendant has its principal place of business in the State of Texas.

Defendant may be served with process by serving its registered agent, Richard Garcia, at 9414 Stone Porch Lane Houston, Texas 77064.

### B. Jurisdiction

The court has jurisdiction over the lawsuit because the action arises under 28 U.S.C. § 1331, furthermore, the court has pendant jurisdiction over defendants Nickolette Amstutz and Thin Blue Line Foundation LEMC for state court claims.

## C. Venue

Venue is proper in this district under 42 U.S.C. §2000e-5(f)(3) because the alleged unlawful employment practice was committed in this district.

Plaintiff was an employee of the Harris County Constables Office, more specifically Precinct 6, located in Harris County, Texas.

Furthermore, venue is proper in this district under 42 U.S.C. §2000e-5(f)(3) because defendant has its principal office in this district. Both Harris County, and Thin Blue Line Foundation LEMC principal offices are located in Houston, Texas.

## D. Exhaustion of Administrative Procedures

Plaintiff timely filed a charge of discrimination against defendant with the Equal Employment Opportunity Commission (EEOC).

Plaintiff files this complaint within 90 days after receiving a notice of the right to sue from the EEOC.

A copy of the notice of the right to sue and EEOC complaint is attached as Exhibit A.

## E. Count 1 - Discrimination and Retaliation Under Title VII

Plaintiff is an employee within the meaning of Title VII and belongs to a class protected under the statute, namely male, and of a certain age.

Defendant is an employer within the meaning of Title VII.

Defendant intentionally discriminated and retaliated against plaintiff because of his sex and age in violation of Title VII by firing him for reporting a false police report of domestic violence given by his wife.

Amstutz, discovered, at the time, that Nickolette Amstutz was having extramarital affairs with members of the Thin Blue Line Foundation LEMC.

Amstutz confronted Nickolette with the evidence he discovered, of her extra marital transgressions with other members of the TBLF.

Amstutz informed the TBLF President of Nickolette and the other members transgressions together.

Amstutz informed his Harris County Constable Precinct 6 superiors of what he discovered.

Due to a previous false allegation and subsequent retraction from Nickolette Amstutz and her displayed behavior at the time, Mr. Amstutz informed his superiors that Nickolette would likely attempt to make a false report against him.

Nickolette, along with other members of TBLF conspired together to make a false report in attempts to sabotage Amstutz career as a Law Enforcement Officer.

Amstutz was relieved of duty and terminated by Precinct 6 Constable Silvia Trevino, under a TCOLE General Discharge, before an Internal Affairs Division investigation was conducted and complete.

The IAD investigators concluded that the complaining witness, Nickolette Amstutz, lacked credibility due to video evidence contradicting her complaint provided by Amstutz.

The IAD investigation exonerated Amstutz from any wrongdoing.

## F. Damages

As a direct and proximate result of defendant's conduct, plaintiff suffered the following injuries and damages.

    a. Plaintiff was discharged from employment with defendant. Although plaintiff has diligently sought other employment, he has been unable to find a job. In addition, plaintiff has incurred expenses in seeking other employment and has had to pay for medical treatment that otherwise would have been covered by the health benefits plan offered by defendant.

    b. Plaintiff suffered mental anguish and emotional distress in the form of depression, insomnia, fatigue, anxiety, social isolation, loss of appetite.

c.   Plaintiff suffered physical illness in the form of dramatically increased blood pressure, severe headaches, chest pain.

## G. Attorney Fees

Plaintiff is entitled to an award of attorney fees and costs under Title VII, 42 U.S.C. §2000e-5(k).

## H. Prayer

For these reasons, plaintiff asks for judgment against defendant for the following:

a.   Temporary Injunctive relief reinstating Amtutz, pending trial, to his previous position.

b.   Permanent Injunctive relief that his rights will not be further violated.

c.   Monetary relief.

d.   Costs for reasonable attorney fees.

e.   Costs of suit.

f.   All other relief the court deems appropriate.

## I. PLAINTIFF'S DEMAND FOR JURY TRIAL

Plaintiff, Jose Amstutz, asserts his rights under the Seventh Amendment to the U.S. Constitution and demands, in accordance with Federal Rule of Civil Procedure 38, a trial by jury on all issues.

Respectfully submitted,

Watts & Company, Lawyers Limited.

/s/ Larry Watts
Laurence Wade ("Larry") Watts
SBN 20981000, FID 7092
P.O. Box 2214
Missouri City, Texas 77459
Phone (281) 431-1500
Facsimile (877) 797-4055
wattstrial@gmail.com
Attorney for Plaintiff



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Houston District Office
1919 Smith Street, 6th Floor
Houston, TX 77002
(346) 327-7700
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 02/14/2023

To: Jose Amstutz
20731 GREENFIELD TRAIL
Humble, TX 77346
Charge No: 460-2023-02482

EEOC Representative and email:    RONNETTE RAMIREZ
EEO Investigator
ronnette.ramirez@eeoc.gov

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 460-2023-02482.

On behalf of the Commission,

Digitally Signed By:Rayford O. Irvin
02-14-2023
Rayford O. Irvin
District Director



EXHIBIT
A

# CHARGE OF DISCRIMINATION

|  | | 460-2023-02482 |
|---|---|---|

Texas Workforce Commission CRD

Josh Anstutz

713 515 7515

03/22/1980

Harris County (Pct 6 Const.)

NUMBER OF EMPLOYEES, MEMBERS: 500 Employees

713 274 3400

Canal street Houston, Texas

Harris

DISCRIMINATION BASED ON *(Check appropriate box(es))*:

[X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [X] AGE  [ ] DISABILITY  [X] OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
July 24-26, 2022. Terminated Gen Dischg

[X] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am a Hispanic Male and have been employed in law enforcement for 11 years. I am currently married to Nickolette Anstutz, but have filed a divorce action seeking custody of our five children, three of whom are special needs. My wife has a history of making false reports against me of domestic violence while I was employed by the Montgomery County Sheriff's Department and the Montgomery County Constable's office. I began employment for Harris County Precinct 6 Constable's office as a Deputy Constable K-9 Officer on or about August 1, 2021. When I was hired I alerted Pct. 6 that I was married and my wife made false reports which had hurt my previous employments and she might do so again. My wife has been involved in multiple extramarital relationships. I filed for divorce which will be final soon. On June 28, 2022, my wife made another false claim against me. A female officer who was not assigned to the case but who reportedly tried to make cases of domestic violence against men involved herself in my wife's false claim. The Houston Police investigated. I did not know of my wife's claim until June 29, 2022. I reported it to my employer Harris County Precinct 6. Despite my statement to IAD Paul Fernandez that I had electronic proof of my innocence he never asked for the proof or conducted a proper investigation. He told me he would talk to Constable and I asked if he would look at the proof I had and he said not then. He never asked for the proof. When I was suspended, I told Fernandez that it was not fair because he, Mendietta and the Constable never talked to me or examined my proof. I was suspended without pay by Precinct 6 because the Constable claimed I knew about Nickolette's charge and had not reported it on the 28th. I clearly told IAD that I was not being treated fairly. Then I was fired and given Gen'l Dischge. I was suspended and subsequently terminated on July 24-25, 2022, and assigned a career killing General Discharge because the Constable and Chief Deputy and defacto head of IAD are females with a clear anti male prejudice especially willing to believe the worst about males in domestic situations when accused falsely or not, of domestic violence. Some men may be mysogynistic but Constable Silvia Trevino, Chief Deputy Lillian Lozano and IAD Mendietta are reversely prejudiced against masculine men. I had absolute proof of my innocence which was not even considered by Constable Trevino, or IAD. When the police and DA examined the recorded evidence my "wife's" charges against me were dismissed. But for the fact that I reported my "wife" and I am the male, I would not have been suspended or terminated.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – (When necessary for State and Local Agency Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the above is true and correct.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

January 19, 2023